**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**MICHAEL W. HALL**
**ADC #187277** **PLAINTIFF**

**v.** **No. 4:26-cv-756-DPM-ERE**

**WELLPATH; HENRY, Dr./Healthcare Provider, WellPath, Barbara Ester Unit, ADC; and DOE, "RMD," WellPath** **DEFENDANTS**

**ORDER**

Unopposed partial recommendation, *Doc. 7*, adopted. Fed. R. Civ. P. 72(b) (1983 addition to advisory committee notes). Hall's claims against Wellpath are dismissed without prejudice, and the Court directs the Clerk to terminate Wellpath as a defendant. Motion for temporary restraining order, *Doc. 3*, denied. The Court will hold Hall's motion for preliminary injunction, *Doc. 4*, in abeyance and give Dr. Henry and RMD the opportunity to respond.

So Ordered.

D.P. Marshall Jr.
United States District Judge

1 September 2026